FILED
JAN 2 3 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | 5:25 CR 00028 |
| ) | CASE NO._____ |
| JOHN M. SEGIN, ) | Title 18, United States Code, Sections 1709 |
| Defendant. ) | |

JUDGE BARKER

COUNT 1

(Theft of Mail by Postal Employee, in violation of 18 U.S.C. § 1709)

The Grand Jury charges:

1. Between on or about June 30, 2024, and July 19, 2024 in the Northern District of Ohio, Eastern Division, Defendant JOHN M. SEGIN, a USPS employee, did knowingly embezzle parcels and any articles or things contained therein entrusted to Defendant, which came into Defendant's possession intended to be conveyed by mail and delivered by a person employed in any department of the USPS, to wit: parcels containing cellular telephones, electronics and items of value, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.