IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:25 CR 28 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| JOHN M. SEGIN, | ) | |
| | ) | **<u>ORDER OF TEMPORARY DETENTION</u>** |
| Defendant. | ) | |

It is ordered pending further hearings in this case, the Defendant shall be held in custody by the United States Marshal and shall be produced for the any further hearings.

**IT IS SO ORDERED.**

Dated: October 6, 2026

Carmen Henderson

**Carmen E. Henderson**
**United States Magistrate Judge**